**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. H. L. RUST, Jr., and Mildred A. Rust, Husband and Wife, Respondents.**

**No. 4500.**

Circuit Court of Appeals, Fourth Circuit.

May 25, 1939.

1018

James W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Henry Ravenel, of Washington, D. C., for respondents.

PER CURIAM.

Case docketed and dismissed on motion of petitioner, consented to by counsel for respondents. Order filed.